1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DOUGLAS MACKENZIE,                          No.  2:15-cv-01254 AC P

12                    Petitioner,

13          v.                                    ORDER

14   PAM AHLIN, Director, California State
     Hospitals,
15
                      Respondent.
16

17

18          Petitioner proceeds pro se with an application to proceed in forma pauperis and a petition

19   for writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner, who is currently detained at

20   Coalinga State Hospital, is challenging civil detention proceedings under California's Sexually

21   Violent Predator Act that are currently pending against him in Orange County, California.

22   Petitioner states that federal authorities have suspended his deportation proceedings pending the

23   conclusion of these state proceedings.

24          Petitioner's place of detention is within the jurisdiction of this court's Fresno division.

25   However, petitioner is attempting to challenge proceedings that are pending in Orange County,

26   which is within the jurisdiction of the United States District Court for the Central District of

27   California.  Because witnesses and evidence necessary for the resolution of petitioner's

28   application are more readily available in Orange County, this action will be transferred to the

1

1   Central District.  See 28 U.S.C. § 2241(d) (courts with concurrent jurisdiction under Section 2241

2   may transfer the action to the alternate jurisdiction "in furtherance of justice"); see also Braden v.

3   30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973) (the most convenient forum is

4   generally the district in which petitioner's detainer was lodged).

5           Accordingly, in furtherance of justice, IT IS HEREBY ORDERED that:

6       1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

7       2.  This matter is transferred to the United States District Court for the Central District of

8   California.

9   DATED: June 22, 2015

10

11                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2