## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MACKENZIE, | ) Case No. SA CV 15-01033 VBF-JC |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| PAM AHLIN, | ) |
| Respondent. | ) |

Pursuant to this Court's contemporaneously issued Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice and Denying a Certificate of Appealability, **IT IS ADJUDGED that the petition for Writ of Habeas Corpus and this action are dismissed without prejudice.**

DATED: July 13, 2015

_____
HON. VALERIE BAKER FAIRBANK
Senior United States District Judge